JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 856 -- In re Lou Levy & Sons Fashions, Inc. Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/06/15 | 1 | MOTIONS, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by pltfs. Lou Levy & Sons Fashions, Inc., Mod-Maid Imports, Inc., Donnybrook Fashions, Ltd. and Braefair for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: Southern District of New York (ds) |
| 90/06/20 | | AMENDMENT TO HEARING ORDER FILED ON JUNE 6, 1990 -- setting motion of plaintiffs Lou Levy & Sons Fashions, Inc., et al. for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota -- Notified involved counsel, judges and clekrs. (ds) |
| 90/06/26 | | APPEARANCES -- S. ROBERT SCHRAGER, ESQ. for Lou Levy & Sons Fashions, Inc., et al.; JOSEPH E. IRENAS, ESQ. for First Fiedelity Bank, N.A., New Jersey, Wachovia Bank & Trust Co., N.A., First Bank Minneapolis and Bank One, Waukesha (f/k/a Marine National Bank of Waukesha; DEBORAH A. SCHWARTZ, ESQ. for Michelina J. Romano (ds) |
| 90/06/27 | | APPEARANCE -- JAMES EVAN SIFF, ESQ. for Lawrence Meltzer (ds) |
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 90/08/14 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Thomas P. Griesa (ds) |
| 90/08/14 | | TRANSFER ORDER -- transferring A-2, A-3, A-4 and A-5 to the S.D. New York for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 856 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CAPTION:** IN RE LOU LEVY & SONS FASHIONS, INC. LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 14, 1990 | T.O. | Unpublished | S.D. New York | Thomas P. Griesa | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1      LISTING OF INVOLVED ACTIONS      S.D. New York

DOCKET NO. 856 -- In re Lou Levy & Sons Fashions, Inc. Litigation     Thomas P. Griesa

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lou Levy & Sons Fashions, Inc., et al. v. Michelina J. Romano, et al. | N.Y.,S. Griesa | 90-Civ-0238 (TPG) | | | 5/07/92 D | |
| A-2 | Lou Levy & Sons Fashions, Inc., et al. v. First Fidelity Bank, N.A., New Jersey | N.J. Politan | 90-970 (NHP) | 8/14/90 | 90Civ5403 | | |
| A-3 | Lou Levy & Sons Fashions, Inc., et al. v. Bank One Waukesha f/k/a Marine National Bank of Waukesha | Wisc.,E. Gordon | 90-C-0560 | 8/14/90 | 90Civ5402 | | |
| A-4 | Lou Levy & Sons Fashions, Inc., et al. v. First Bank Minneapolis | Minnesota Doty | 4-90-388 | 8/14/90 | 90Civ5401 | | |
| A-5 | Lou Levy & Sons Fashions, Inc., et al. v. Wachovia Bank & Trust Co., N.A. | N.C.,W. McMillan | C-C-90-160M | 8/14/90 | 90Civ5400 | | |

July 1992 - 1 Dism'd / 4 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 856 -- In re Lou Levy & Sons Fashions, Inc. Litigation

LOU LEVY & SONS FASHIONS, INC.,
  ET AL. (A-1 thru A-5)
S. Robert Schrager, Esq.
Kreindler & Relkin, P.C.
350 Fifth Avenue
Suite 6500
New York, NY  10118

FIRST FIDELITY BANK, N.A., NEW JERSEY
WACHOVIA BANK & TRUST CO., N.A.
FIRST BANK MINNEAPOLIS
BANK ONE, WAUKESHA (f/k/a Marine
  National Bank of Waukesha)
Joseph E. Irenas, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ  07101-0652

MICHELINA J. ROMANO
Deborah A. Schwartz, Esq.
Newman & Schwartz
641 Lexington Avenue
New York, NY  10022

LAWRENCE MELTZER

James Siff, Esq.
299 Broadway
New York, NY  10007

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 856 -- In re Lou Levy & Sons Fashions, Inc. Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Michelina J. Romano | A-1 |
| Lawrence Meltzer | A-1 |
| First Fidelity Bank, N.A. New Jersey | A-1, A-2 |
| Bank One Waukesha f/k/a/ Marine National Bank of Waukesha | A-3 |
| First Bank Minneapolis | A-4 |
| Wachovia Bank & Trust Co., N.A. | A-5 |