JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 14 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 856

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LOU LEVY & SONS FASHIONS, INC., LITIGATION

TRANSFER ORDER*

All parties to the five actions listed on the attached Schedule A either agree upon the desirability of, or do not oppose, transferring, pursuant to 28 U.S.C. §1407, the actions pending in districts other than the Southern District of New York to that district for coordinated or consolidated pretrial proceedings with the action pending there. On the basis of the papers filed,[1/] the Panel finds that the five actions involve common questions of fact, and that centralization of these actions in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Thomas P. Griesa for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John F. Nangle
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

SCHEDULE A

MDL-856 -- In re Lou Levy & Sons Fashions, Inc., Litigation

### District of New Jersey

Lou Levy & Sons Fashions, Inc., et al. v. First Fidelity Bank, N.A., New Jersey, C.A. No. 90-970 (NHP)

### Eastern District of Wisconsin

Lou Levy & Sons Fashions, Inc., et al. v. Bank of Waukesha f/k/a Marine National Bank of Waukesha, C.A. No. 90-C-0560

### District of Minnesota

Lou Levy & Sons Fashions, Inc., et al. v. First Bank Minneapolis, C.A. No. 4-90-388

### Western District of North Carolina

Lou Levy & Sons Fashions, Inc., et al. v. Wachovia Bank & Trust Co., N.A., C.A. No. C-C-90-160M

### Southern District of New York

Lou Levy & Sons Fashions, Inc., et al. v. Michelina J. Romano, et al., C.A. No. 90 Civ. 0238(TPG)